UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DALE, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.  4:20-CV-01438 RLW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM

COMES NOW Plaintiff and announces to the Court that as a result of the mediation session, which was held on December 14, 2021, the parties have reached a settlement of this case. This case may be passed for settlement pending execution of all necessary documents.

Respectfully submitted,

By: _____/s/ Gary A. Growe_____
Gary A. Growe, #26151MO
Teneil L. Kellerman, #52971MO
Growe Eisen Karlen Eilerts
120 S. Central Ave., Ste. 150
St. Louis, MO 63105
T: (314) 725-1912 / F: (314) 261-7326 fax
gary@groweeisen.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court's electronic filing system and served via the operation of the Court's electronic filing system this 23rd day of December, 2021 to:

Roger Keller, Jr.
United States Attorney's Office
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200 / (314) 539-2196
Roger.keller@usdoj.gov
*Attorney for Defendant*

_____Gary A. Growe_____