UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT DALE, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 4:20-CV-01438 RLW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff and Defendant, by and through and their undersigned counsel of record and stipulate that all matters in controversy between the parties have been resolved and that this matter may be dismissed with prejudice, with each party to pay their own Court costs.

| | |
|---|---|
| GROWE EISEN KARLEN EILERTS | SAYLER A. FLEMING<br>United States Attorney |
| */s/ Gary A. Growe*<br>Gary A. Growe, #MO26151<br>Teneil L. Kellerman, #MO52971<br>120 South Central Ave.<br>Suite 150<br>St. Louis, Missouri 63105<br>(314) 725-1912<br>Fax: (314) 261-7326<br>Email: gary@groweeisen.com<br>Email: teneil@groweeisen.com<br>*Attorney for Plaintiff* | */s/ Roger A. Keller, Jr.*<br>ROGER A. KELLER, JR., #MO42541<br>Assistant United States Attorney<br>Thomas F. Eagleton U.S. Courthouse<br>111 South Tenth Street, 20th Floor<br>St. Louis, Missouri 63102<br>(314) 539-2200<br>Fax: (314) 539-2196<br>Email: roger.keller@usdoj.gov<br><br>*Attorney for Defendant* |